Dismissed and Opinion filed January 30, 2003









Dismissed and Opinion filed January 30, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01363-CV

____________

 

DEBRA PRICE JOHNSON, Appellant

 

V.

 

ABDULLAH BASIL JOHNSON, Appellee

 



 

On Appeal from the 246th District Court

Harris County, Texas

Trial Court Cause No. 01-62288

 



 

M
E M O R A N D U M   O P I N I O N

This
is an appeal from a judgment signed August 29, 2002.  On January 21, 2003, appellant filed a motion
to withdraw her notice of appeal and dismiss the appeal because she not longer
wishes to pursue her appeal.  See Tex. R. App. P. 42.1(a)(2).  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed January 30, 2003.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.